# Return

| Case No.: CR-16-176-BMJ | Date and time warrant executed: 6/10/2016 10:30 AM | Copy of warrant and inventory left with: Rany Kchao |
|---|---|---|

Inventory made in the presence of: Thavory Kchao

Inventory of the property taken and name of any person(s) seized:

1) Dell Desktope Inspirion 660 Desktop computer;
2) HP Laptop serial number SCD4233FVIN;
3) Work Schedule;
4) Black I-phone with black case;
5) The person of At Toem.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/20/2016

*Executing officer's signature*

H. Cris Lans, Special Agent - FBI
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Whispering Pines Bed and Breakfast<br>7820 East State Highway 9<br>Norman, OK 73026 | )<br>)<br>)  Case No.  CR-16-*176*-BMJ<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Oklahoma___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 23, 2016___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Bernard M. Jones___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:  ___6/9/16 @ 5:15 PM___           *[signature]*
                                                                                            *Judge's signature*

City and state:   ___Oklahoma City, Oklahoma___          BERNARD M. JONES, U.S. Magistrate Judge
                                                                                        *Printed name and title*

# ATTACHMENT A
## LOCATION TO BE SEARCHED
## 7820 East State Highway 9, Norman, OK 73026
## Cleveland County, Western District of Oklahoma





1



# ATTACHMENT A
# LOCATION TO BE SEARCHED

The premises known as the Whispering Pines Bed and Breakfast is located at 7820 East State Highway 9 in Norman, off of State Highway 9, between SE 72nd and SE 84th Ave. The search is to include both the business and the owner's residence for the natural person of At Toem.







# ATTACHMENT A
# LOCATION TO BE SEARCHED

The property sits on approximately 19.5 acres and has many structures on the premises. The primary focus is to be in the main building (bed and breakfast), which includes the office, and the residence of At Toem.





# ATTACHMENT B

## ITEMS TO BE SEIZED

1. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the premises that is the subject of this warrant, including but not limited to canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, locks and keys;

2. Documents indicating travel in interstate commerce, to include airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts; hotel, motel, and car rental statements; correspondence with travel agencies and other travel-related businesses; airline, rent-a-car, and hotel frequent flier or user cards and statements; passports and visas; telephone bills; photographs of foreign locations; and papers relating to domestic and international travel;

3. Photographs of associates;

4. Computers and stored electronic data containing business and financial records;

5. Cellular telephones with numbers stored within and their associated records;

6. Any electronic devices with numbers stored within and their associated records;

7. Immigration documents regarding At Toem;

8. Employment documents regarding At Toem;

9. Adoption documents regarding the child of At Toem; and

10. The person of At Toam