November 16, 2018

Magistrate Judge Bernard M. Jones
200 NW 4th Street
Room #1021 court room #101
Oklahoma City, Oklahoma 73102
Reference to Case #: 5: 16-mj-00176-BMJ 1

Your Honor

As you will see from the attached copy of the Closure Document for this case, all elements of this SEARCH WARRANT were terminated on 06/20/2016 with no action taken and no further action recommended. The Cambodian girl that made these allegations was selected through the immigration lottery to come to the U.S.A. But she needed a sponsor. Her stepfather has been very helpful to me in caring for my father still in Cambodia. They asked if we would sponsor her and we did. When she arrived in Oklahoma, she was already pregnant by a man still in Cambodia. When we realized what the problem was, my wife and I started helping her with prenatal care including doctor visits.

We are unclear about the reasons that prompted her to team with another employee to make these allegations against us. Perhaps it was due to hormonal imbalance from the pregnancy. Whatever the reason, the portrayal of our company and our family in the news has caused great financial and personal distress. We feel so lucky and grateful to be United States citizens but are confused by the lack of concern by the authorities about the impact on us by the charges that have been proven false.

*Daily on the news, we hear of charges being brought against individuals who have lied to the FBI. The quick conclusion of this search and the lack of any charges proves that the allegations had no basis.* The portrayal of our company in the news has caused great financial and personal distress. These problems were all based on false allegations. The impact continues to this day because the FBI and the legal system refuse to state openly that the allegations were false and the search yielded a clean bill of health for my family and company.

Even though the FBI considers this case closed, we are still dealing with the fallout. Financially, the business continues to be down 50% from the level prior to these allegations. We are fighting with the Labor Department due to these false allegations. We have the documentation that has been requested but the legal fees are eating our lunch.

Personally, our reputation and standing in the community we love and even in our home country continue to be negative. Because once the charges and news reports were recorded on the internet and Facebook, they are there forever for all to see with no document to refute the charges.

Fairness would dictate that some amount of compensation be offered to us. We know that that is not a possibility. However, it does seem possible that a letter could be issued from the FBI that states that these allegations were proven to be false and that the Kchao family and Whispering Pines Bed and Breakfast were cleared of all charges. Additionally, we wonder if charges should not be brought against the people that started this controversy in the first place. We are asking for your help to bring this about.

Rany Kchao
7820 E. HWY 9, Norman, 73026

Terry Kchao
405-408-6755

Cc: Robert D. Gifford II
P. O. Box 2682
Oklahoma City, OK 73101-2682